IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DONALD WEBB                                                    PLAINTIFF

          v.                          Civil No. 05-1005

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

## JUDGMENT

Comes now the Court on this 23rd day of February, 2006, in accordance with the

Memorandum Opinion filed in the above styled case on today's date, and hereby considers,

orders and adjudges that the decision of the Commissioner of the Social Security

Administration is hereby reversed and this matter is remanded to the Commissioner, pursuant to

sentence four, *42 U.S.C. § 405(g),* for further consideration consistent with the Memorandum

Opinion.

Counsel is reminded that, in view of the United States Supreme Court decision, *Halala*

*v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees under the

Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes

final.

IT IS SO ORDERED.


                                        /s/ Bobby E. Shepherd
                                        HONORABLE BOBBY E. SHEPHERD
                                        UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)