IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DONALD WEBB                                        PLAINTIFF

v.                      Civil No. 05-1005

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                            DEFENDANT

## **JUDGMENT**

On this 1st day of August, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, David P. Rawls, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,270.19 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                           /s/Bobby E. Shepherd
                                                          Honorable Bobby E. Shepherd
                                                           United States Magistrate Judge

AO72A
(Rev. 8/82)